**Cynthia K. WALLEY, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 01–3114.

United States Court of Appeals, Federal Circuit.

Feb. 9, 2001.

### ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**In re Pavel SEBOR**

No. 00–1385.

United States Court of Appeals, Federal Circuit.

Feb. 14, 2001.

Herbert L. Allen, Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A., Orlando, FL, for Appellant.

Henry G. Sawtelle, Office of the Solicitor, United States Patent and Trademark Office, Arlington, VA, for Appellee.

### ORDER DISMISSING APPEAL WITH PREJUDICE

Appellant Pavel Sebor and Appellee Commissioner of Patents and Trademarks, through their respective counsel, have filed a joint motion to dismiss this appeal with prejudice. Accordingly, it is ORDERED AND ADJUDGED that this Appeal is dismissed with prejudice, with each party to pay his or its own attorneys' fees and costs.